UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASHWIN GOWDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No.: 3:26-cv-01045-KAD |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ashwin Gowda voluntarily dismisses this action in its entirety as to all Defendants.

No Defendant has served an answer or a motion for summary judgment. This dismissal is therefore effective upon filing, without order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claims, and this dismissal is accordingly without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Plaintiff files this notice so that Plaintiff's claims, including Plaintiff's claims under Texas law, may be asserted in *McGreevy v. Digital Currency Group, Inc.*, No. 3:23-cv-00082-SRU (D. Conn.), as contemplated by the Order entered in that action on July 2, 2026 (ECF No. 276).

Dated: September 29, 2026

Respectfully submitted,

**SILVER GOLUB & TEITELL LLP**

*/s/ Ian W. Sloss*
Ian W. Sloss ct31244
Johnathan Seredynski ct30412
Krystyna Gancoss ct31660
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
isloss@sgtlaw.com
jseredynski@sgtlaw.com
kgancoss@sgtlaw.com

*Counsel for Plaintiff and the Proposed Class*